No. 65677.—Den-Va Co. et al. v. United States, protests 319184-K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that had the requirements of the Customs Regulations been met prior to liquidation the merchandise would have been liquidated free under paragraph 1615(a), as amended, the claim of the plaintiffs was sustained.

No. 65678.—Aceto Chemical Co., Inc. v. United States, protest 60/20920 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that only 60 percent of the total net weight of the merchandise was derived from coconut oil of other than Philippine origin, the collector was directed to reliquidate the entry accordingly.

No. 65679.—Continental Merchandise Co., Inc. v. United States, protest 60/457 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in Wm. S. Pitcairn Corp. v. United States (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

No. 65680.—Frederik Lunning, Inc. v. United States, protest 61/15 (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of vases in mineral colors similar in all material respects to those the subject of Abstract 62694, the claim of the plaintiff was sustained.